
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDWARDLO AND AUDREY HOLMES, | § | CASE NO. 20-40912 |
| | § | (Chapter 7) |
| DEBTORS | § | |

**ORDER AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE BROKER**

On this day came on for consideration the Motion to Employ Real Estate Broker ("Motion") filed by Christopher J. Moser, Trustee ("Trustee") praying for authority to employ Michael Crane, a real estate broker, whose address is 730 Lipscomb Avenue, Dallas, Texas 75214, to sell property in the State of California. The Court finds that Michael Crane represents no interest adverse to the Trustee or to the estate, that the employment of Michael Crane would be in the best interest of the estate and that the Motion should be granted. **IT IS THEREFORE,**

**ORDERED** that Christopher J. Moser, Trustee is authorized to employ Michael Crane on the terms set forth in the Motion.

Signed on 5/29/2020

_Brenda T. Rhoades_  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**Solo Page**